RYAN L. DENNETT, ESQ.
Nevada Bar No. 5617
rdennett@dennettwinspear.com
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 010089
Jinsley-micheri@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
***Attorneys for Defendant,***
***PROGRESSIVE NORTHERN INSURANCE COMPANY and ANDREW DUCAR***

DENNETT | WINSPEAR
ATTORNEYS AT LAW

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ELVIA GOMEZ, an individual,

Plaintiff,

vs.

PROGRESSIVE NORTHERN INSURANCE COMPANY; ANDREW DUCAR, an individual; DOES 1 through 10, and ROE CORPORATIONS 1 through 20, inclusive,

Defendants.

CASE NO: 2:26-cv-02074-APG-EJY

**STIPULATION TO EXTEND THE DATE FOR DEFENDANT TO FILE REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS ANDREW DUCAR (DOC 4)**

**(FIRST REQUEST TO EXTEND)**

Plaintiff, ELVIA GOMEZ and Defendant, ANDREW DUCAR, have stipulated and agreed to an extension of time from July 30, 2026 to August 7, 2026 in order for Defendant to file its Reply to Plaintiff's Response [DOC 9] to Defendant's Motion to Dismiss Andrew Ducar [DOC 4]. The reasons supporting this stipulation are as follows:

The extension is requested on the basis that Defendant's counsel experienced a family emergency, with death in the family on July 27, 2026, and Plaintiff's counsel kindly provided an

extension of time in which to file a Reply given the emergent circumstances that have befallen counsel for Defendant Ducar.

This is the first extension of time requested by the Parties related to the Reply date for Defendant, which is made in good faith and not for purposes of delay.

DATED this 27th day of July, 2026.

**BOWEN LAW OFFICES**

By *____/s/Jerome R. Bowen____*
JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
9960 W. Cheyenne Avenue, Suite 250
Las Vegas, Nevada 89129
**Attorney for Plaintiff**

DATED this 27th day of July, 2026.

**DENNETT WINSPEAR, LLP**

By *____/s/Ryan L. Dennett____*
RYAN L. DENNETT, ESQ.
Nevada Bar No. 5617
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
**Attorneys for Defendant**

**ORDER**

Good cause appearing therefore, IT IS SO ORDERED.

DATED this 29th day of July, 2026.

______________________________
UNITED STATES DISTRICT COURT JUDGE



DENNETT WINSPEAR
ATTORNEYS AT LAW