RYAN L. DENNETT, ESQ.
Nevada Bar No. 5617
rdennett@dennettwinspear.com
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 010089
Jinsley-micheri@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
***Attorneys for Defendant,***
***PROGRESSIVE NORTHERN INSURANCE COMPANY and ANDREW DUCAR***

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ELVIA GOMEZ, an individual,

Plaintiff,

vs.

PROGRESSIVE NORTHERN INSURANCE COMPANY; ANDREW DUCAR, an individual; DOES 1 through 10, and ROE CORPORATIONS 1 through 20, inclusive,

Defendants.

CASE NO: 2:26-cv-02074-APG-EJY

**~~[PROPOSED]~~ AMENDED DISCOVERY PLAN AND SCHEDULING ORDER SUBMITTED IN COMPLIANCE WITH LOCAL RULE 26, AND COURT MINUTE ORDER [DOC 19]**

Pursuant to the Court's Local Rule 26, and the Court Minute Order of the Honorable Magistrate Judge Elayna J. Youchah [Doc 19], Plaintiff Gomez by and through her counsel of record, Jordan Schnitzer, Esq., of The Schnitzer Law Firm, and Defendant, PROGRESSIVE CASUALTY INSURANCE COMPANY (hereinafter "Progressive"), by and through its counsel Jennifer Insley Micheri, Esq., of the law firm of DENNETT WINSPEAR, LLP, submit their stipulated Discovery Plan and Scheduling Order.

**I. The 26(f)/LR 26-1 Conference and Discovery Plan**

1. There are no changes to be made in the timing, form, or requirement for disclosures under Rule 26(a). On August 12, 2026, counsel for the parties met and conferred as required by Fed. R. Civ. P. 26(f) and LR 26-1(d). Plaintiff and Defendants agreed to have their



DENNETT WINSPEAR
ATTORNEYS AT LAW

respective FRCP Productions submitted within 14 days of the Conference.

2. Discovery will be conducted on liability, damages, contractual claims and defenses, extra-contractual claims and defenses and other topics permissible under Rule 26(A). The parties agree that discovery need not be conducted in phases focused on any particular issues.

3. There are no concerns, at this juncture, regarding the production of electronically stored discovery.

4. There are no concerns, at this juncture, regarding the claim of privilege or necessity for protective orders at this time.

5. The parties do not anticipate any potential limitations to be imposed on discovery.

6. Estimated time for trial: five (5) full trial days.

7. The parties agreed that there is no need for orders, at this juncture, to be issued under Rule 26(c) or Rule 16(b) and (c), although the parties reserve the right to seek such orders as discovery continues.

8. Alternate Dispute Resolution: The parties conferred about the possibility of using alternative dispute-resolution processes and at this time have not come to any agreement regarding the same.

9. Alternate Forms of Case Disposition: The parties do not consent to trial by a magistrate judge under 28 U.S.C. §636 (c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01).

10. Electronic Evidence. The parties do not intend to present evidence in electronic format to jurors for the purpose of jury deliberations at this time.

**II. The Scheduling Order**

1. Defendants filed their Petition for Removal on July 8, 2026 [Doc 1]. On August 25, 2026, the parties submitted a Proposed Discovery Plan and Scheduling Order [Doc 18]. On August 25, 2026, the Honorable Magistrate Judge Elayna J. Youchah issued a Minute Order [Doc 19], directing the parties to submit an amended, proposed scheduling order, with discovery to run for 180 days from the date of the Minute Order [Doc 19]. In addition, Magistrate Judge



DENNETT WINSPEAR ATTORNEYS AT LAW

Youchah in her Minute Order [Doc 19], directed that the Court will consider extensions of discovery as long as the parties actively pursue discovery.

There is a pending Motion to Dismiss by Defendant [Doc 4], and Motion to Remand by Plaintiff [Doc 14] in front of the Court which have not yet been ruled upon. Given the timing for discovery, the parties seek to move forward with discovery in this case immediately. In addition to alleged damages for medical treatment, Plaintiff is also claiming wage loss and other issues, as well as extra contractual claims, that require additional time for discovery, once opened.

2. Discovery Cut Off Date: The discovery cut-off deadline will be Monday, February 22, 2027,[1] which is 180 days after Honorable Magistrate Judge Elayna J. Youchah Minute Order [Doc 19], directing the parties to submit an amended, proposed scheduling order, with discovery to run for 180 days from the date of the Minute Order [Doc 19], August 25, 2026.

3. Amending the Pleadings and Adding Parties: The last date for filing motions to amend the pleadings or add parties shall not be later than 90 days prior to the close of discovery. In this action, the last date for filing motions to amend the pleadings or add parties shall be November 24, 2026.

4. Fed. R. Civ. P. 26(a)(2) Disclosures (Experts): The last date for disclosure of expert witnesses shall be 60 days before the discovery cut-off date. In this action, the last date for disclosure of experts shall be December 24, 2026. Disclosures with respect to rebuttal experts shall be made 30 days after the initial disclosures or experts, or by January 25, 2027.[2]

5. Dispositive Motions: The last date for filing dispositive motions shall not be later than 30 days after the discovery cut-off. In this action, the last date for filing dispositive motions will be March 24, 2027.

6. Pre-Trial Order: The joint pre-trial order shall be filed no later than 30 days after the date set for filing dispositive motions. In this action, the joint pre-trial order shall be filed on

[1] 180 days after August 25, 2026 is Sunday, February 21, 2027, as such the deadline will be set for the next judicial day, which is Monday, February 22, 2027.

[2] 30 days after December 24, 2026 is Saturday, January 23, 2027, as such, the deadline will be set for the next judicial day, which is Monday, January 25, 2027.



DENNETT WINSPEAR
ATTORNEYS AT LAW

or before April 23, 2027. In the event dispositive motions are filed, the date for filing the joint pre-trial order shall be suspended 30 days after decision of the dispositive motion or further order of the Court.

7. Fed. R. Civ. P. 26(a)(3) Disclosures: The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pre-trial order.

8. Any request to extend the dates set forth in this Discovery Plan and Scheduling Order shall be submitted to the Court not later than 21 days before the expiration of the subject deadline sought to be extended.

**INTITIAL DISCLOSURES AND DISCOVERY**

Initial Disclosures shall be made on or before August 27, 2026. Objections to Initial Disclosures will be filed within ten days after the submission of the Joint Discovery Plan and Scheduling Order, if any. (Fed. R. Civ. P. 26(f)(3)(A)).

The parties anticipate conducting written discovery and depositions on all issues allowed under the Federal Rules of Civil Procedure. (Fed. R. Civ. P. 26(f)(3)(B)).

The Defendant has requested that a stipulated protective order and confidentiality agreement to be filed with the Court prior to the disclosure of Defendant's materials regarding Plaintiff's contractual and extra-contractual claims against Defendant. (Fed. R. Civ. P. 26(f)(3)(D)).

There are currently no issues which parties are aware of regarding discovery of electronically stored information or claims of privilege/protection of trial preparation materials. (Fed. R. Civ. P. 26(f)(3)(C-D)).

…

…

…

…

…

…

…

DENNETT WINSPEAR
ATTORNEYS AT LAW

There are currently no changes which should be made in the limitations on discovery imposed by the Federal or Local Rules of practice and no additional orders that this Court should issue at this time. (Fed. R. Civ. P. 26(f)(3)(E-F)).

DATED this 3rd day of September, 2026.

**THE SCHNITZER LAW FIRM**

By *__/s/Jordan P. Schnitzer__*
JORDAN P. SCHNITZER, ESQ..
Nevada Bar No. 10744
710 South 9th Street, Suite 2
Las Vegas, Nevada 89101
***Attorneys for Plaintiff***

DATED this 3rd day of September, 2026.

**DENNETT WINSPEAR, LLP**

By *__/s/ Jennifer Insley Micheri__*
RYAN L. DENNETT, ESQ.
Nevada Bar No. 5617
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
***Attorneys for Defendants***

<u>**ORDER**</u>

IT IS SO ORDERED.

DATED: September 4, 2026

U.S. MAGISTRATE JUDGE

DENNETT WINSPEAR
ATTORNEYS AT LAW