JORDAN P. SCHNITZER, ESQ.
Nevada Bar No. 10744
THE SCHNITZER LAW FIRM
710 South 9th Street, Suite 2
Las Vegas, Nevada 89101
Telephone: (702) 960-4050
Facsimile: (702) 960-4092
Jordan@TheSchnitzerLawFirm.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ELVIA GOMEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PROGRESSIVE NORTHERN INSURANCE COMPANY; ANDREW DUCAR, an individual; DOES 1 through 10, and ROE CORPORATIONS 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-02074-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND THE DATE FOR PLAINTIFF TO FILE A REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE ORDER DENYING REMAND OR, IN THE ALTERNATIVE, FOR ENTRY OF PARTIAL FINAL JUDGMENT UNDER FED. R. CIV. P. 54(b) OR CERTIFICATION UNDER 28 U.S.C. § 1292(b)** |

Plaintiff, ELVIA GOMEZ and Defendants, PROGRESSIVE NORTHERN INSURANCE COMPANY and ANDREW DUCAR, have stipulated and agreed to an extension of time from October 21, 2026, to October 28, 2026, in order for Plaintiff to file her Reply to Defendants' Response to Plaintiff's Motion for Reconsideration of the Order Denying Remand or, in the Alternative, for Entry of Partial Final Judgment Under Fed. R. Civ. P. 54(b) or Certification Under 28 U.S.C. § 1292(b) [DOC 27].

Plaintiff's counsel's associate attorney left the firm on October 16, 2026, and the replacement is not starting until October 26, 2026. As a result, Mr. Schnitzer had to take/defend depositions this

week that were originally going to be handled by the associate. Defense counsel graciously granted the professional courtesy of an extension so that Plaintiff may have sufficient time to prepare the reply.

Submitted by:

DATED this ____ day of October 2026.

**THE SCHNITZER LAW FIRM**

/s/ Jordan P. Schnitzer, Esq.

Jordan P. Schnitzer, Esq.
Nevada Bar No. 10744
710 South 9th Street, Suite 2
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

Approved as to Form and Content:

DATED this ____ day of October 2026

**DENNETT WINSPEAR, LLP**

/s/ Jennifer Insley Micheri, Esq.

Ryan L. Dennett, Esq.
Nevada Bar No. 5617
Jennifer Insley Micheri, Esq.
Nevada Bar No. 010089
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED that Plaintiff shall have an extension up to and including October 28, 2026, in order for Plaintiff to file her Reply to Defendants' Response to Plaintiff's Motion for Reconsideration of the Order Denying Remand or, in the Alternative, for Entry of Partial Final Judgment Under Fed. R. Civ. P. 54(b) or Certification Under 28 U.S.C. § 1292(b) [DOC 27].

DATED this 27th day of October 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE